## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| ROCKFORD BATTRELL, and ABEL TORRES, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ARMSTRONG FLOORING, INC.,<br><br>　　　　　Defendant. | No. 2:17-CV-02150-CSB-EIL |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs Rockford Battrell and Abel Torres, and Defendant Armstrong Flooring, Inc., by and through their attorneys, hereby stipulate and agree to dismiss this action, with prejudice, each party to bear his or its own attorneys' fees and costs.

| | |
|---|---|
| /s/ Bradley Manewith | /s/ Reed L. Russell |
| Bradley Manewith, #6280535<br>Anne K. Schmidlin, #6313916<br>Siegel & Dolan Ltd.<br>150 North Wacker Drive, Suite 1100<br>Chicago, Illinois 60606<br>Telephone: (312) 878-3210<br>Facsimile: (312) 878-3211<br>Email: bmanewith@msiegellaw.com<br>Email: aschmidlin@msiegellaw.com<br><br>*Attorneys for Plaintiffs* | Reed L. Russell (admitted to practice in the Central District of Illinois)<br>Florida Bar No.: 0184860<br>Erin L. Malone (admitted to practice in the Central District of Illinois)<br>Florida Bar No.: 0036074<br>Phelps Dunbar LLP<br>100 South Ashley Drive, Suite 1900<br>Tampa, Florida 33602<br>Telephone: (813)472-7550<br>Facsimile: (813) 472-7570<br>Email: reed.russell@phelps.com<br>Email: erin.malone@phelps.com<br><br>*and*<br><br>William J. Brinkmann<br>David E. Krchak<br>Thomas, Mamer & Haughey, LLP<br>30 East Main Street, PO Box 560<br>Champaign, Illinois 61824-0560 |

Telephone: (217) 351-1500
Facsimile: (217) 351-2169
Email: wjbrinkm@tmh-law.com
Email: krchak@tmh-law.com

*Attorneys for Defendant*

2:17-cv-02150-CSB-EIL   # 11    Page 2 of 3

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 19, 2017, I electronically filed the foregoing Stipulation to Dismiss with Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Reed L. Russell
Erin L. Malone
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
Email: reed.russell@phelps.com
Email: erin.malone@phelps.com

and

William J. Brinkmann
David E. Krchak
Thomas, Mamer & Haughey, LLP
30 East Main Street, PO Box 560
Champaign, Illinois 61824-0560
Telephone: (217) 351-1500
Facsimile: (217) 351-2169
Email: wjbrinkm@tmh-law.com
Email: krchak@tmh-law.com

               /s/ Bradley Manewith
               Bradley Manewith, #6280535
               Siegel & Dolan Ltd.
               150 North Wacker Drive
               Suite 1100
               Chicago, Illinois 60606
               Tel. (312) 878-3210
               Fax (312) 878-3211
               bmanewith@msiegellaw.com